UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANTHONY POWELL, | ) | |
| | ) | |
|     Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 07-10552-RWZ |
| | ) | |
| CITY OF BOSTON, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE ZOBEL

[   ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On    11/19/08   , I held the following ADR proceeding:

            SCREENING CONFERENCE            EARLY NEUTRAL EVALUATION

    X    MEDIATION            SUMMARY BENCH/JURY TRIAL

            MINI-TRIAL            SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]  Settled. Your clerk should enter a **60-day** order of dismissal.

[   ]  There was progress. The parties are to report back to the court by         , at which time the court will schedule a further session if appropriate.

[   ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[   ]  Suggested strategy to facilitate settlement:

 

            / s / Judith Gail Dein
            Judith Gail Dein, U.S. Magistrate Judge
DATED: November 19, 2008        ADR Provider